UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL C. HENRY,<br><br>                              Plaintiff,<br><br>         -against-<br><br>DEPARTMENT OF CORRECTIONS,<br><br>                              Defendant. | 24 CIVIL 04995 (LTS)<br><br>**CIVIL JUDGMENT** |

     For the reasons stated in the Court's Order of Dismissal, this action is dismissed.

     The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 21, 2024
           New York, New York

                                                      /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                      Chief United States District Judge